1 ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
2 1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
3 Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
4
Attorneys for Plaintiff
5 NORTH AMERICAN SPECIALTY INSURANCE
COMPANY
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

11

| 12 | NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | CASE NO.  2:09-CV-02061-GEB-EFB |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **STIPULATION AND ORDER GRANTING NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS** |
| 15 | JOSEPH C. CAMPBELL, individually and also known as JOE CAMPBELL, and JOSEPH CHARLES CAMPBELL, and d/b/a JC SHOW HORSES; JC SHOW HORSES, LLC; and DEBORAH SAUERS, individually. | |
| 16 | | |
| 17 | | Date:    November 23, 2009
Time:    9:00 a.m.
Ctrm:    10
Judge:   Hon. Garland E. Burrell |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21

22    IT IS HEREBY STIPULATED AND AGREED by and between the parties, plaintiff

23 NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and defendant DEBORAH

24 SAUERS, through their respective attorneys of record, Enrique Marinez of Ropers Majeski Kohn

25 & Bentley and Patrick H. LePley, LePley Law Firm, that defendant SAUERS, has no opposition

26 to NORTH AMERICAN SPECIALTY INSURANCE COMPANY's Motion to Dismiss

27 (Document No. 36), and therefore consents and agrees that NASIC's Motion to Dismiss

28 DEBORAH SAUERS' cross-claims be granted in its entirety, without leave to amend.

| | | |
|---|---|---|
| 1 | Dated: November 16, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | | By: _____ |
| 4 | | ENRIQUE MARINEZ<br>Attorneys for Plaintiff |
| 5 | | NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY |
| 7 | Dated: November 16, 2009 | LEPLEY LAW FIRM |
| 9 | | By: _____ |
| 10 | | PATRICK H. LEPLEY<br>Attorneys for Defendant |
| 11 | | DEBORAH SAUERS |

## **ORDER**

IT IS SO ORDERED. NORTH AMERICAN SPECIALTY INSURANCE COMPANY's Motion to Dismiss is GRANTED and DEBORAH SAUERS' cross-claims are dismissed without leave to amend.

Dated: 11/25/09

_____
GARLAND E. BURRELL, JR.
United States District Judge