ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701

Attorneys for Plaintiff
NORTH AMERICAN SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. CAMPBELL, individually and also known as JOE CAMPBELL, and JOSEPH CHARLES CAMPBELL, and d/b/a JC SHOW HORSES; JC SHOW HORSES, LLC; and DEBORAH SAUERS, individually.<br><br>Defendants. | CASE NO. 2:09-CV-02061-GEB-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO DISCLOSE EXPERT WITNESSES PURSUANT TO FRCP RULE 26(a)(2)(c)(i)** |

WHEREAS, the parties' initial expert witness disclosures, pursuant to the Court's Status (Pretrial Scheduling) Order (Dckt. No. 21) and Federal Rule of Civil Procedure Rule 26(a)(2)(c)(i) are due on or before April 30, 2010.

WHEREAS, Plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("NASIC") has filed a Motion for Entry of Default Judgment against Defendants Joseph Campbell and JC Show Horses, LLC, for which the Hon. Edmund F. Brennan has taken NASIC's Motion for Entry of Default Judgment under submission and the parties await a ruling on Plaintiff's Motion for Entry of Default Judgment.

RC1/5565100.1/TC3 - 1 - [PROPOSED] STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO DISCLOSE EXPERT WITNESSES

1    WHEREAS, receipt of Magistrate Judge Brennan's Order on Plaintiff's Motion for Default Judgment against Defendants Joseph Campbell and JC Show Horses, LLC may have the effect of narrowing the issues to be litigated in this matter.

WHEREAS, the parties do not seek to alter any dates previously set by the Status (Pretrial Scheduling) Order except for those dates within which the parties are to comply with initial expert witness disclosures.  (Dckt. No. 21)

IT IS HEREBY STIPULATED by and between the parties, Plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and Defendant DEBORAH SAUERS, through their respective attorneys of record, Enrique Marinez of Ropers Majeski Kohn & Bentley and Patrick H. LePley, LePley Law Firm, that the date for initial expert witness disclosure compliance be continued from April 30, 2010, to June 30, 2010, and any contradictory and/or rebuttal expert disclosures occurring on or before July 30, 2010.

**IT IS SO STIPULATED.**

Dated: April _____, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY


By:_____
ENRIQUE MARINEZ
Attorneys for Plaintiff
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY


Dated: April _____, 2010                    LEPLEY LAW FIRM


By:_____
PATRICK H. LEPLEY
Attorneys for Defendant
DEBORAH SAUERS

**ORDER**

**IT IS SO ORDERED**.

The Status (Pretrial Scheduling) Order in effect is modified to require each party to comply with Federal Rules of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure

requirements on or before June 30, 2010, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before July 30, 2010.

    IT IS FURTHER ORDERED that the other provisions of the Status (Pretrial Scheduling) Order not modified herein remain in full force and effect.

Dated: 5/5/10

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```