IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | |
| Plaintiff, | No. CIV. S-09-2061 GEB EFB |
| vs. | |
| JOSEPH C. CAMPBELL, individually and also known as JOE CAMPBELL, and JOSEPH CHARLES CAMPBELL, and dba JC SHOW HORSES; JC SHOW HORSES, LLC; and DEBORAH SAUERS, individually, | |
| Defendant. _____/ | ORDER |

Plaintiff's motion for entry of default judgment came on for hearing before the assigned magistrate judge on March 3, 2010. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On May 17, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

////

1         The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4         1. The findings and recommendations filed May 17, 2010, are adopted in
5 full;
6         2. Plaintiff's application for entry of default judgment against defendants
7 Campbell and JC Show Horses, Dckt. No. 23, is granted;
8         3. Plaintiff is awarded a declaration that plaintiff has no obligation to indemnify
9 JC Show Horses or Joseph Campbell, individually or on behalf of JC Show Horses, for the death
10 of either of the horses covered by the Policy;
11         4. Plaintiff is awarded costs in the amount of $455.00; and
12         5. This action proceeds on plaintiff's claims against Deborah Sauers.

Dated: August 5, 2010

_[signature]_
GARLAND E. BURRELL, JR.
United States District Judge