UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**North American Specialty Insurance Company**

**DEFAULT JUDGMENT**

v.

Case No. CIV S-09-2061 GEB EFB

**Campbell, et al**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant against defendants:

**Joseph Campbell and JC Show Horses**

August 5, 2010

VICTORIA C. MINOR, CLERK

By:   /s/
R. Matson, Deputy Clerk