ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
*Attorneys for Plaintiff*
NORTH AMERICAN SPECIALTY INSURANCE COMPANY

PATRICK H. LEPLEY
LEPLEY LAW FIRM
4122 Factoria Boulevard SE, Suite 400
Bellevue, WA  98006
*Attorneys for Defendant*
DEBORAH SAUERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. CAMPBELL, individually and also known as JOE CAMPBELL, and JOSEPH CHARLES CAMPBELL, and d/b/a JC SHOW HORSES; JC SHOW HORSES, LLC; and DEBORAH SAUERS, individually.<br><br>Defendants. | CASE NO.  2:09-CV-02061-GEB-EFB<br><br>**REQUEST FOR STIPULATED DISMISSAL BY PLAINTIFF AND [PROPOSED] ORDER THEREON**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY and Defendant DEBORAH SAUERS hereby request that the first cause of action (Rescission) in the above-entitled action be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii).  Plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY and Defendant DEBORAH SAUERS hereby further requests that the Complaint against Deborah Sauers be dismissed, with

RC1/5597736.1/TC3 — - 1 - — REQUEST FOR STIPULATED DISMISSAL BY PLAINTIFF AND [PROPOSED] ORDER THEREON

prejudice, pursuant to Rule 41(a)(1)(A)(ii), with each party to bear their own fees and costs of suit.

Defendants JOSEPH CAMPBELL and JC SHOW HORSES, LLC have failed to appear in this action and entry of default judgment against JOSEPH CAMPBELL and JC SHOW HORSES, LLC was entered by this Court on August 5, 2010, Document No. 59.

Plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY and Defendant DEBORAH SAUERS hereby further request that the registry funds deposited by NORTH AMERICAN SPECIALTY INSURANCE COMPANY on July 31, 2009, in the amount of $8,989.50 (Receipt No. CAE200018825) be released to NORTH AMERICAN SPECIALTY INSURANCE COMPANY.

**IT IS SO STIPULATED.**

Dated: June _____, 2010    **STIPULATED AS TO FORM AND ENTRY**

ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
ENRIQUE MARINEZ
Attorneys for Plaintiff
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY

Dated: June _____, 2010    **STIPULATED AS TO FORM AND ENTRY**

LEPLEY LAW FIRM

By:_____
PATRICK H. LEPLEY
Attorneys for Defendant
DEBORAH SAUERS

**ORDER**

**IT IS SO ORDERED**.

Dated: 8/19/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

RC1/5597736.1/TC3    - 2 -    REQUEST FOR STIPULATED DISMISSAL BY PLAINTIFF AND [PROPOSED] ORDER THEREON